**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Western Home Transport, Inc., | ) | **ORDER FOR POST-HEARING** |
| | ) | **SUBMISSIONS** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Hexco, LLC d/b/a/ HC Company, | ) | |
| | ) | Case No. 4:13-cv-076 |
| Defendant. | ) | |

On April 25, 2014, the court held a telephonic hearing on the Motion for Summary Judgment and the Motion to Dismiss pending in the above-captioned case.  Ryan C. McCamy appeared on plaintiff's behalf.  Thomas M. Jackson appeared on defendant's behalf.

As discussed at the close of the hearing, it is **ORDERED** that:

1.      Plaintiff supplement its summary judgment motion by filing with the court the back side of the "Freight Bill and Bill of Lading" on or before April 30, 2014; and

2.      Defendant file any response to the supplement within five (5) business days of the filing of the supplement.

Dated this 25th day of April, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court