**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Western Home Transport, Inc., | ) | |
| | ) | **ORDER CANCELLING TRIAL AND** |
| Plaintiff, | ) | **FINAL PRETRIAL CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hexco, LLC d/b/a/ HC Company, | ) | |
| | ) | Case No. 4:13-cv-076 |
| Defendant. | ) | |

On June 25, 2014, the court held a telephonic status conference in the above-captioned case. Benjamin J. Williams appeared on plaintiff's behalf. Thomas M. Jackson appeared on defendant's behalf. The purpose of thse call was to discuss whether, in light to the court's decision to deny the pending motions to dismiss and for summary judgment, the parties intended to proceed to trial as scheduled and whether parties were interested in attempting to settle the matter.

The parties agreed to discuss settlement and further agreed that as a result, they would not be prepared to proceed to trial as scheduled. Accordingly, the final pretrial conference set for July 1, 2014, and the jury trial set for July 15, 2014 are **CANCELLED**. If the parties request the court's assistance in settling the matter, they should contact Judge Klein directly. If the parties are unable to reach a settlement, they should contact the court to request that a new trial date and any other necessary deadlines be set.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court