# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Western Home Transport, Inc., | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, | ) | **FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hexco, LLC d/b/a/ HC Company, | ) | |
| | ) | Case No. 4:13-cv-076 |
| Defendant. | ) | |

Before the court is a "Stipulation for Dismissal with Prejudice" filed January 29, 2015. The court **ADOPTS** the stipulation (Docket No. 57) and **ORDERS** the above-captioned case dismissed with prejudice and without costs or disbursements to either party.

Dated this 30th day of January, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court